No. 96–9486. OBERMEYER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9487. SOMERS *v.* THURMAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–9488. BEST *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–9489. SCHROTT *v.* CALLITHEN ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–9490. ZIGLAR *v.* ALABAMA ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–9491. WHITTLE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–9492. ABDUL-AKBAR *v.* DELAWARE DEPARTMENT OF CORRECTION ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–9493. BALTHAZAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–9494. BEATON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9495. BERRY *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 96–9496. ADAMS *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 96–9497. COLLINS *v.* UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT. C. A. 5th Cir. Certiorari denied.

No. 96–9498. ANDRADE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–9499. AL-MOSAWI *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–9500. BELTRAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–9501. BROW *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.